| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

ARMANDO ALVARADO, §
　§
　　Plaintiff, §
　§
*versus* § CIVIL ACTION NO. 1:19-CV-593
　§
UNITED STATES OF AMERICA, §
　§
　　Defendant. §

### MEMORANDUM ORDER ADOPTING
### THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Armando Alvarado, proceeding *pro se*, filed this civil rights lawsuit. The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending dismissing this lawsuit without prejudice pursuant to Federal Rule of Civil Procedure 41(b).

The court has received the Report and Recommendation, along with the record, pleadings, and all available evidence. No objections were filed to the Report and Recommendation.

### ORDER

Accordingly, the findings of fact and conclusions set forth in the Report are correct and the Report of the magistrate judge is ADOPTED. An appropriate final judgment will be entered dismissing this lawsuit.

SIGNED at Beaumont, Texas, this 17th day of June, 2020.

　　　　　　　　　　　　　　　　*Marcia A. Crone*
　　　　　　　　　　　　　　　　MARCIA A. CRONE
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE